UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| RODERICK DEUN COLE,<br><br>        Petitioner,<br><br>    v.<br><br>J. SOTO, Warden,<br><br>        Respondent. | NO. CV 15-08994-PSG (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 03/02/2016

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE